UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA RENARD,<br><br>          Plaintiff,<br><br>          v.<br><br>JP MORGAN CHASE BANK, N.A., individually and as successor by merger to CHASE HOME FINANCE, LLC, CALIBER HOME LOAN SERVICE, INC., a Texas Corporation, QUALITY LOAN SERVICE, a California Corporation; U.S. BANK, N.A., as Trustee for LSF9 MASTER PARTICIPATION TRUST, an entity of unknown origin, MONTECITO BANK & TRUST CO., a California entity and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. 2:17-cv-00820-JAK-GJS<br><br>**JUDGMENT**<br><br>**JS-6** |

Following this Court's February 20, 2019 Order granting summary judgment in favor of defendants CALIBER HOME LOANS, INC. (erroneously sued as Caliber Home Loan Service, Inc.), U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (erroneously sued as U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust), and JPMORGAN CHASE BANK, N.A. (erroneously sued as JP Morgan Chase Bank, N.A.), collectively, "Defendants," the Court hereby enters judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Defendants are dismissed from the action with prejudice;
2. Judgment is entered in favor of Defendants and against plaintiff Paula Renard;
3. Plaintiff Paula Renard shall take nothing as against Defendants; and
4. Defendants may recover allowable costs and disbursements as the prevailing parties in this action in an amount to be determined by the Court.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE